Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Adam D. Smith, Esq.
Nevada Bar No. 9690
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 877-1500
Facsimile:  (702) 933-7043
E-mail:  ceschweiler@glenlerner.com
         asmith@glenlerner.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARA LYNN ROPER, individually, | ) |
| Plaintiff, | ) Case No.: 2:10-cv-01148-PMP-RJJ |
| v. | ) |
| WALGREEN CO., an Illinois corporation, dba WALGREENS #7450; DOES I-V; and ROE CORPORATIONS I-V, inclusive, | ) **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this 9th day of June, 2011.                    DATED this 10th day of June, 2011.

GLEN J. LERNER & ASSOCIATES                         STUTZ, ARTIANO, SHINOFF & HOLTZ


By:    /s/ Adam D. Smith                             By:    /s/ Mercedes Menendez #9443
    Adam D. Smith, Esq.                                  Mercedes Menendez, Esq.
    Nevada Bar No. 9690                                  1120 Town Center Drive,
    4795 South Durango Drive                             Suite 220
    Las Vegas, Nevada 89147                              Las Vegas, Nevada 89144
    Attorneys for Plaintiffs                             Attorneys for Defendant

1

**O R D E R**

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that the above-entitled matter against Defendants is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this __ 13th day of June, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

GLEN J. LERNER & ASSOCIATES

By: /s/ Adam D. Smith
Adam D. Smith, Esq.
Nevada Bar No. 9690
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiffs